STATE OF MONTANA,
                         Plaintiff,                         NO. DC 93-43
              vs.                                            DECISION
MANUEL CASIANO,
                         Defendant.

On April 6, 1994, the Defendant was sentenced to Montana State Prison for a term of four (4) years for the offense of theft. The defendant shall be given credit for time served since his arrest, which was on November 26, 1993. Thus, at the time of sentencing the defendant has served a total of 131 days. Upon release on parole, the defendant shall comply with the conditions as stated in the April 6, 1994 Judgment.

On August 19, 1994, the Defendant's application for review of that sentence was heard by the Sentence Review Division of the Montana Supreme Court.

The Defendant was present and proceeded Pro Se. The state was not represented.

Before hearing the application, the Defendant was advised that the Sentence Review Division has the authority not only to reduce the sentence or affirm it, but also to increase it if such is possible. The defendant was further advised that there is no appeal from a decision of the Sentence Review Division. The defendant acknowledged that he understood this and stated that he wished to proceed.

After careful consideration, it is the unanimous decision of the Sentence Review Division that the sentence will remain the same as originally imposed.

The reason for the decision is the sentence imposed by the District Court is presumed correct pursuant to Section 46-18-904(3), MCA. The Division finds that the reasons advanced for modification are insufficient to deem inadequate or excessive as required to overcome the presumption per Rule 17 of the Rules of the Sentence Review Division of the Montana Supreme Court.

Done in open Court this 19th day of August, 1994.

SIGNED this 17th day of October, 1994.

**Hon. G. Todd Baugh, Chairman, Hon. John Warner and Hon. Ed McLean, Members.**

The Sentence Review Board wishes to thank Manuel Casiano for representing himself in this matter.